IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**EAGLE TRANSPORTATION, LLC**                                                      **PLAINTIFF**

**V.**                                                      **CIVIL ACTION NO. 2:11-CV-96-KS-MTP**

**WILLIE SCOTT, et al.**                                                      **DEFENDANTS**

### ORDER

The Court **grants** the Motion for Reconsideration [103] filed by Defendant Great American Insurance Company. For reasons to be stated in a memorandum opinion which will be docketed at a later time, the Court finds that Alabama's doctrine of equitable estoppel is inapplicable in this case. Accordingly, the Court should have granted Great American's Motion for Summary Judgment [37] with respect to that issue.

Therefore, the trial of this matter, which was scheduled to begin on Wednesday, June 13, 2012, is **continued**. The parties' counsel shall contact the chambers of the undersigned within the next three days to schedule a conference call to discuss any remaining issues.

SO ORDERED AND ADJUDGED this 12th day of June, 2011.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE